UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:21-cr-00539-TSC |
| | : | |
| NICHOLAS J PERRETTA and | : | |
| MITCHELL PAUL VUKICH, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING**

    The Government requests that the attached discovery letter, dated November 1, 2021, be made part of the record in the above-captioned case.

                                           Respectfully submitted,

                                           CHANNING D. PHILLIPS
                                           ACTING UNITED STATES ATTORNEY

                                           _____
                                           JACOB J. STRAIN
                                           Utah Bar No. 12680
                                           Assistant United States Attorney
                                           U.S. Attorney's Office for the District of Columbia
                                           555 4th Street, N.W.
                                           Washington, D.C. 20530



U.S. Department of Justice

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

**November 1, 2021**

To:
Carmen D. Hernandez, counsel for Nicholas Perretta
Mark Wilson, counsel for Mitchell Vukich

    RE:   **U.S. v. NICHOLAS J PERRETTA and MITCHELL PAUL VUKICH (1:21-cr-00539-TSC)**

Dear Counsel,

    Pursuant to our discovery obligations, we have provided the following files via USAfx on November 1, 2021. Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date.

1. __Library_SMS_Attachments_0b_11_E7B328A5-1F1A-4EFA-B843-BEB2B6697EEE_IMG_7702.HEIC
2. __Library_SMS_Attachments_75_05_879F40A7-6013-4CC0-ACA3-958BB1CF35FE_IMG_7703.HEIC
3. __Library_SMS_Attachments_eb_11_E35554F4-CA0B-4C41-A62C-6EAB7E5EE10F_IMG_7704.HEIC
4. __Library_SMS_Attachments_eb_11_E35554F4-CA0B-4C41-A62C-6EAB7E5EE10F_IMG_7704.jpg
5. 1B1.iPhone.A1984EvidenceCollection_2021-06-29_Report_2021-06-30_Report_04.pdf
6. 20210727_142458.jpg
7. 20210727_142719.jpg
8. 20210727_142743.jpg
9. 20210727_142753.jpg
10. 20210727_142809.jpg
11. 20210727_142832.jpg
12. 20210727_142858.jpg

| | |
|---|---|
| 13. | 20210727_142939.jpg |
| 14. | 20210727_142947.jpg |
| 15. | 20210727_142955.jpg |
| 16. | 20210727_143041.jpg |
| 17. | 20210727_143121.jpg |
| 18. | 20210727_143144.jpg |
| 19. | 20210727_143155.jpg |
| 20. | 20210727_143240.jpg |
| 21. | 20210727_144011.jpg |
| 22. | 20210727_144026.jpg |
| 23. | 20210727_144040.jpg |
| 24. | 20210727_144055.jpg |
| 25. | 20210727_144127.jpg |
| 26. | 20210727_144153.jpg |
| 27. | 20210727_144250.jpg |
| 28. | 20210727_144357.jpg |
| 29. | 20210727_160942.jpg |
| 30. | 20210727_160942.jpg |
| 31. | 20210727_160949.jpg |
| 32. | 20210727_160949.jpg |
| 33. | 20210727_161110.mp4 |
| 34. | 20210727_161129.mp4 |
| 35. | 20210727_161207.jpg |
| 36. | 20210727_161207.jpg |
| 37. | 20210727_161217.mp4 |
| 38. | 20210727_161230.mp4 |
| 39. | 20210727_161318.jpg |
| 40. | 20210727_161318.jpg |
| 41. | 20210727_161341.mp4 |
| 42. | 20210727_161409.mp4 |
| 43. | 20210727_161422.mp4 |
| 44. | 20210727_161438.mp4 |
| 45. | 20210727_161504.jpg |
| 46. | 20210727_161504.jpg |
| 47. | 20210727_161704.mp4 |
| 48. | 20210727_161734.mp4 |
| 49. | 302 - Re Twitter Search.pdf |
| 50. | 5005.JPG |
| 51. | 5005_1.JPG |
| 52. | 5005_2.JPG |
| 53. | 5005_3.JPG |
| 54. | 5005_4.JPG |
| 55. | 5005_5.JPG |
| 56. | 5005_6.JPG |
| 57. | 5005_thumb.jpg |
| 58. | 5005_thumb_1.jpg |

59. 5005_thumb_2.jpg
60. 5005_thumb_3.jpg
61. 5005_thumb_4.jpg
62. 5005_thumb_5.jpg
63. 5005_thumb_6.jpg
64. activityAnalytics.png
65. address-entry.png
66. attachment.png
67. calendar.png
68. call.png
69. car-entry.png
70. chat.png
71. data-files.png
72. Deleted1.png
73. Deleted-icon.png
74. email.png
75. email-entry.png
76. email-read.png
77. email-sent.png
78. fax-entry.png
79. Forwarded.png
80. FromArrow.png
81. general-entry.png
82. google-earth.png
83. google-maps.png
84. goto.png
85. HeaderPdf.jpg
86. home-entry.png
87. infected.png
88. Intact-icon.png
89. ipconnection.png
90. logoIcon.png
91. map-icon.png
92. mobile-entry.png
93. notes-entry.png
94. office-entry.png
95. organization.png
96. pager-entry.png
97. RE_ Interview re January 6th Capitol Riot_Redacted.pdf
98. Scrambled.png
99. SentWithSiri.png
100. skype.png
101. star.png
102. sub-element.png
103. Tag.png
104. thumb__1(2).jpg

    105.    thumb__1(3).jpg
    106.    thumb__1.jpg
    107.    ToArrow.png
    108.    Unknown-icon.png
    109.    warning-icon.png
    110.    web-address-entry.png
    111.    work-entry.png

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

                        By: <u>/s/ Jacob J. Strain</u>
                            JACOB J. STRAIN
                            Assistant United States Attorney