Dear Judge Chutkan,

We are Nick's parents, John and Melissa Perretta. John is employed with the United States [redacted] as a clerk and Melissa is employed at [redacted Health System], Sewickley campus, as a Phlebotomist.

As his parents we are very proud of the many things he's done, his accomplishments and the man he's become. Since Nick was a little boy he has always been a thoughtful, kind and caring person. For example: When it was his birthday he would always take cake next door to our elderly neighbors and on most random days he would sit with them on their porch just talking about the day or sometimes not talking at all. When he was about 7 years old, he was concerned about a baby bird that was on the ground. He saw a cat stalking it and became worried because it couldn't fly so he tried to save it by putting it in a storm drain. He was so proud of himself when he told me. Unfortunately, there was a severe summer storm just moments later so you can imagine what happened to the bird. Until this day I haven't had the heart to tell him. When it comes to his friends, Nick is always there. Whether they need someone to talk to or to just listen. If they needed a ride because their car is broken he wouldn't just pick them up he would help them fix their car. If a friend had problems at home or suddenly found themselves without a home he would open our home to them. When is grandfather passed away in 2016, Nick took it upon himself to be the caretaker of our family. He made sure his grandmother's finances were in order and that she was looked after.

Nick has volunteered for several charities that are important to him such as The Special Olympics, Habitat for Humanity, The City of Pittsburgh Marathon and the Susan G. Koman Race for the Cure Marathon. Also, during his employment with Target he purchased $100 worth of books to fill an empty donation bin that was used for one of Target's charities.

Nick was offered an academic scholarship to attend Allegheny College in Meadville, PA. Unfortunately during his freshman semester, he was involved in a car accident which left him with a severe concussion. His injury and other personal setbacks made it impossible for him to continue at Allegheny. He returned home and went to Community College of Beaver County where he earned his Entrepreneurial Certificate and his Associates Degree all while working full time. He graduated from Robert Morris University with a Bachelors Degree in Finance. He gained employment with North Western Financial but due to the nature of this type of career and that it is mostly commission based the pandemic made it very difficult for him to develop a cliental of his own. However, at age 14 he started selling items on Ebay. He has turned this venture into a successfully licensed online retail business.

In closing, as his parents we are biased of course but if you ask anyone who knows him they will speak highly of him. Certainly, he is not perfect but the man he has grown into would make any parent proud.

Thank you.

Sincerely,

Melissa and John Perretta

[redacted]@comcast.net

412-[redacted]