Dear Judge Chutkan,

My name is Clay Smith; I am a Post-Closing specialist at [redacted]. I am from New Brighton, PA and graduated from New Brighton in 2012. I met Nick Perretta through a mutual friend that lived near both of us. Nick and I go back 17+ years from the time we were in 4th grade together living less than a half mile from each other. I consider Nick as one of the most caring and dependable friends that I have. We grew up together, graduated together and remained close even after high school. In 2018, Nick was a groomsman in my wedding, Nick was the most helpful person in my entire wedding party, He was always making sure that I looked my best and that everything was running smoothly.

Nick has always been there every step of the way from the time of my parent's divorce in 2006, when we was just kids. To the worst day of my life when my brother suddenly passed away in 2020. Nick constantly checked up on me, He was always calling and texting to check on my wellbeing. I honestly do not know how I would have got through my brothers passing without the care Nick showed through that time.

You all know him by Nick or Nicholas but his friends call him Perretta and he is such a role model to everyone in the community. From showing respect to everyone, he meets to the hustle he shows that by starting his own business, He really pushes me to do better myself.

He truly is my best friend and I am very grateful to have had him throughout my life so far.

Thank you,

Clay Smith

(724) – [redacted]

[redacted]@gmail.com