Honorable Tanya S. Chutkan,

My name is Corey Jacobs. I am a production operator at [redacted] in Pittsburgh; although I am originally from New Brighton. I became good friends with Nick Perretta my freshman year of high school at New Brighton playing soccer. After 13 years he remains the most honest and loyal friend I have. Nick has always had my back through thick and thin, whether it was a ride somewhere or a life crisis. Nick was there to console my brothers and I when my parents split up back in 2016 making sure we were all doing okay. Also, with the recent passing of our friend in November I've witnessed the love and compassion he shows to others as well. He was very supportive of closer friends and family through those tough times. The determination he shows through his education and business motivates me to push myself to become better every day. I recently asked Nick to be the best man in my wedding because he's like a brother to me.

It is my sincere hope the court takes this letter into consideration. Despite the current case I wholeheartedly believe Nick Perretta to be an honorable individual and a valuable member of his community.

Thank you,

Corey Jacobs
(724) [redacted]
[redacted]@gmail.com